

ORDERED in the Southern District of Florida on January 6, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Latisha Phillips

Case No.: 14-23320-RAM
Chapter 7

_____ Debtor _____/

## AGREED ORDER GRANTING MOTION TO DISBURSE POST-PETITION RENT DEPOSITED BY DEBTOR [DE 22]

**THIS MATTER** came before this Court without holding a hearing on the Joint Motion to Disburse Post-Petition Rent Deposited by Debtor [22], and the Court being fully advised, it is

**ORDERED AND ADJUDGED:**

1. The present case is re-opened.

2. The filing fee to re-open the case is waived.

3. The Joint Motion is GRANTED.

4. The $80.00, which Debtor deposited with this Court as post-petition rent and which is represented by receipt #305128, shall be disbursed to: Miami-Dade County Public Housing and Community Development, c/o Morgan Mindell, Esq., De Leon & De Leon, 66 W. Flagler St., Suite 800, Miami, FL 33130.

# # #


**Copies furnished to:**
Sean Rowley, Esq.
SRowley@lsgmi.org
Legal Services of Greater Miami, Inc.
3000 Biscayne Blvd., Suite 500
Miami, FL 33137

Attorney for Debtor is directed to serve this notice on all parties and file a certificate of service with the

Court.

Case 14-23320-RAM    Doc 23    Filed 01/07/15    Page 3 of 3